**No. 53919.**—International Expediters, Inc., et al. *v.* United States, protests 138752–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53920.**—Artisan Products Import, Ltd., et al. *v.* United States, protests 141016–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 17, 1950

**No. 53921.**—Judge & Dolph, Ltd., et al. *v.* United States, protests 63811–K/90480, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53922.**—Park & Tilford Import Corp. et al. *v.* United States, protests 952948–G, etc. (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained except as to the wines and cordials involved in protests 952948–G and 974274–G.

**No. 53923.**—Musicraft Records, Inc., et al. *v.* United States, protests 63060–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.